# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

R. WAYNE JOHNSON,

    Plaintiff,

vs.

U.S. POSTAL SERVICE, et al.,

    Defendants.

Case No. 2:16-cv-01926-APG-GWF

**ORDER**

    Plaintiff, who is a prisoner in the custody of the Texas Department of Criminal Justice, see 28 U.S.C. § 1915(h), has submitted a complaint for writ of mandamus. The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly and close this action.

    IT IS FURTHER ORDERED that an appeal from the final judgment would not be taken in good faith.

    DATED: September 7, 2016.

ANDREW P. GORDON
United States District Judge